UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHANE MACY** | * | CIVIL ACTION NO. 18-04415 |
| | * | |
| **VERSUS** | * | SECTION:  H |
| | * |     Judge Lance M. Africk |
| **HINODE KAIUN CO., LTD,** *in personam,* | * | |
| **M/V NICHIRIN,** *in rem* | * | MAGISTRATE:  5 |
| | * |     Magistrate Michael B. North |

* * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S STATUS REPORT

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Shane Macy, who respectfully submits the following status report in advance of the status conference set for January 2, 2019 at 10:30 a.m.

**1.**     **Parties and counsel:**

Plaintiff, Shane Macy

Counsel of Record
Randall A. Smith
J. Geoffrey Ormsby
Dylan T. Leach
    of
Smith & Fawer, L.L.C.
201 St. Charles Ave., Suite 3702
New Orleans, LA 70170

Defendant, Hinode Kaiun Co., Ltd, *in personam*

Counsel of Record

Robert H. Murphy
Peter B. Sloss
Jeffrey A. Raines
    of
Murphy, Rogers, Sloss, Gambel & Tompkins
701 Poydras Street
Suite 400, One Shell Square
New Orleans, LA 70139

**2.     Pending motions:**

At this time, there are no pending motions.

**3.     Dates and times of any Status Conference, Pretrial Conference, and Trial:**

Status Conference:     Wednesday, January 2, 2019 at 10:30 a.m.

Pretrial Conference:   Tuesday, April 23, 2019 at 9:00 a.m.

Trial:                 Monday, May 20, 2019 at 8:30 a.m.
                       Non-jury, 3 days

**4.     A brief description of the factual and legal issues underlying the dispute:**

On December 16, 2015, Shane Macy, while in the course and scope of his employment as a lineman with Cooper/T. Smith, was attempting to pull forward spring lines of the M/V NICHIRIN, which was mooring at the ADM dock in Destrehan, Louisiana. Since the lines of the M/V NICHIRIN were short of the distance needed to reach the proper bit, Mr. Macy began to struggle with the lines. The lines of the M/V NICHIRIN were inadequate to secure the vessel, because the crew of the M/V NICHIRIN had, among other things, improperly and/or negligently tied off the messenger line to the railing of the vessel, making it impossible for Mr. Macy to properly moor the vessel. At the time of this incident, Defendant Hinode Kaiun Co. Ltd owned and operated the M/V NICHIRIN.

Mr. Macy's shoulders and neck were severely injured as a result of attempting to pull forward spring lines of the M/V NICHIRIN, requiring cervical disc replacement. Mr. Macy continues to treat with a neurosurgeon for as-needed shoulder injections and medications. Future surgeries are to include right rotator cuff repair, decompression, and distal clavicle excision, right rotator cuff revision with biceps tenodesis, right total shoulder replacement, and left rotator cuff repair with decompression, distal clavicle excision, and biceps tenodesis. In addition, Mr. Macy

has been actively treating with mental health professionals regarding anxiety and depression resulting from his physical injuries and deficits.

Prior to the incident, Mr. Macy was a thirty-two (32) year old, in excellent health, who had almost completed boat operator training, which would have substantially increased his hourly wage and beneficially impacted his likelihood of promotion at Cooper/T. Smith. Until early-2018, Mr. Macy received temporary total disability benefits via the LHWCA and remains on partial permanent disability to this day.

**5.   A listing of any discovery which remains to be done:**

Written discovery is up-to-date at this time. Mr. Macy's deposition is currently set for January 8, 2019. The deposition of Anthony Almerico, of Cooper/T. Smith, and any defense witnesses may be necessary.

**6.   A description of the status of any settlement negotiations:**

At this time, the parties have not engaged in settlement negotiations.

Date: December 21, 2018              Respectfully Submitted,

*/s/ J. Geoffrey Ormsby*
**RANDALL A. SMITH (No. 2117)**
**J. GEOFFREY ORMSBY, T.A. (No. 24183)**
**DYLAN T. LEACH (No. 35879)**
   -OF-
**SMITH & FAWER, L.L.C.**
201 St. Charles Ave., Suite 3702
New Orleans, LA 70170
Telephone: (504) 525-2200
Facsimile: (504) 525-2205
rasmith@smithfawer.com
gormsby@smithfawer.com
dleach@smithfawer.com

***Counsel for Plaintiff Shane Macy***